UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SF13210 (rev 02/2017)

In re:

**Teresa Lynn Buck**,
SSN: xxx–xx–4571      EIN: NA
   2426 N 700 E
   Franklin, IN 46131
**Michael Lee Buck**,
SSN: xxx–xx–0595      EIN: NA
   2426 N 700 E
   Franklin, IN 46131
      Debtors.

Case No. **18–00959–RLM–13**

## NOTICE OF FILING OF CHAPTER 13 PLAN

A Chapter 13 Plan was filed on February 23, 2018, by Debtor Teresa Lynn Buck and Joint Debtor Michael Lee Buck. A copy of this document is attached.

**NOTICE IS GIVEN** that any objection to the Chapter 13 Plan must be filed with the Court at least **3 days** prior to the 341 meeting date or by March 26, 2018, whichever is later. Objections must comply with S.D.Ind. B–9013–1(d) and must be served on the attorney for the debtors and the chapter 13 trustee.

If no objections are filed, the Court may confirm the plan without conducting an actual hearing. Unresolved objections will be scheduled for hearing by the Court at a later date.

Dated:  February 26, 2018        Kevin P. Dempsey
                                               Clerk, U.S. Bankruptcy Court