# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | TERESA LYNN & MICHAEL LEE BUCK |
| **Case Number:** | 18-00959-RLM-13   **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, MAY 08, 2018 10:00 AM   IP 329 |
| **Bankruptcy Judge:** | ROBYN L. MOBERLY |
| **Courtroom Clerk:** | |
| **Reporter / ECR:** | N/A |

## *Matter:*

**1)**  Hearing: Trustee's Objection to Confirmation of Plan [8] [14]

   **R / M #:**   0 / 0

   **VACATED:  Motion to Continue Hearing filed by Debtor(s). Motion GRANTED and matter rescheduled to 6/12/2018 @ 10:00 a.m.**

**2)**  Hearing: Trustee's Objection to Debtor's Claim of Exemptions [16]

   **R / M #:**   0 / 0

   **VACATED:  Motion to Continue Hearing filed by Debtor(s). Motion GRANTED and matter rescheduled to 6/12/2018 @ 10:00 a.m.**

## *Appearances:*

   NONE

## *Proceedings:*

   (1 - 2) VACATED: Motion to Continue Hearing filed by Debtor(s). Motion GRANTED and matter rescheduled to 6/12/2018 @ 10:00 a.m.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**