UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TERESA LYNN BUCK and | ) | CASE NO. 18-00959-RLM-13 |
| MICHAEL LEE BUCK, | ) | |
| | ) | |
| DEBTORS. | ) | |

**TRUSTEE'S OBJECTION TO DEBTORS' EXEMPTIONS**

Comes now John M. Hauber, Trustee herein, and objects to the debtors' Schedule C – Property Claimed as Exempt for the reason that debtors attempt to exempt the intangible assets of their 2017 tax refund and 2018 bonus from Eli Lilly as personal property; however, the property is an intangible asset which can only be claimed as exempt pursuant to Ind. Code §34-55.10-2(c)(3).  This Indiana Code provision allows a maximum exemption of $400.00 per debtor.  Therefore, the debtors' claim should be amended accordingly.

Respectfully submitted,

Date: June 7, 2018         __/s/ John M. Hauber_____
                          John M. Hauber, Trustee
                          320 N. Meridian, Suite 200
                          Indianapolis, IN  46204
                          (317)636-1062

CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing Trustee's Objection to Debtors' Exemptions has been duly served upon the following individuals, electronically or by United States mail, first-class postage prepaid, on the 7th day of June 2018:

Debtors' Attorney
US Trustee

M/M Michael Lee Buck
2426 N 700 E
Franklin, IN 46131

_____/s/ John M. Hauber_____