UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SF00200 (rev 06/2017)

In re:

**Teresa Lynn Buck**,
**Michael Lee Buck**,
     Debtors.

Case No. **18–00959–RLM–13**

## NOTICE OF HEARING

An Objection to Debtor's Claim of Exemptions was filed on June 7, 2018, by Trustee John Morgan Hauber. The Court, after reviewing this document, determines that a hearing is required.

**NOTICE IS GIVEN** that a hearing will be held as follows:

    Date: July 10, 2018
    Time: 10:00 AM EDT
    Place: Rm. 329 U.S. Courthouse
          46 E. Ohio St.
          Indianapolis, IN 46204

Motions for continuance must be filed no later than **7 days** prior to the hearing. Motions for continuance filed less than **7 days** prior to the hearing will be granted **only** upon a showing of good cause. Every motion for continuance must indicate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding the request for continuance.

Any referenced document can be found at pacer.insb.uscourts.gov or may be requested from the filing party.

Dated:  June 7, 2018

                                                 Kevin P. Dempsey
                                                 Clerk, U.S. Bankruptcy Court