## United States Bankruptcy Court
### Southern District of Indiana

In re: Teresa Lynn Buck / Michael Lee Buck, Debtor(s)

Case No. 18-00959-RLM
Chapter 13

# NOTICE OF AMENDMENTS TO SCHEDULES, STATEMENTS, AND OTHER DOCUMENTS

Debtors Teresa and Michael Buck, by and through counsel, hereby provide notice of the filing of amendments to their schedules, statements, and other documents. As required by Local Rule B-1009-1(a)(1)(C), Debtors note that the following information has been added or changed:

**Schedule C**

Amended exemptions claimed for tax refund and bonus to use code section requested by Trustee.

Date: 6/15/18

/s/ John C. Cannizzaro
**ICE MILLER LLP**
Thomas E. Mixdorf
Sarah L. Fowler
John C. Cannizzaro
250 West Street, Suite 700
Columbus, OH 43215-7509
P: (614) 462-1070  F: (614) 232-6923
john.cannizzaro@icemiller.com