**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| TERESA LYNN BUCK and ) | Case No. 18-00959-RLM |
| MICHAEL LEE BUCK, ) | |
| ) | Chapter 13 |
| Debtors. ) | |
| _____ ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2018, a copy of the following documents was filed electronically:

- Notice of Amended Schedules, Statements, and Other Documents
- Amended Schedule C
- Amended Declaration About an Individual Debtor's Schedules

Notice of these filings were sent to the following parties through the Court's Electronic Case Filing system and may be accessed through that system:

- John Morgan Hauber [ecfmail@hauber13.com, ecfmail1@hauber13.com]
- U.S. Trustee [ustpregion10.in.ecf@usdoj.gov]

I further certify that on June 15, 2018, a copy of the above-referenced documents were mailed by U.S. First-Class mail, postage prepaid and properly addressed to the following recipients:

Allied Appliances, LLC
8901 Southeastern Ave
Indianapolis, IN 46239

AT&T
PO Box 5014
Carol Stream, IL 60197-5014

Bleecker, Brodey, Andrews
9247 N. Meridian St., Suite 101
Indianapolis, IN 46260

CenturyLink
P.O Box 2961
Phoenix, AZ 85062-2961

Chase Cardmember Services
P.O. Box 94014
Palatine, IL 60094

D & L Trash Removal
5832 S. 50 W.
Trafalgar, IN 46181

Elements Financial
PO Box 7123
Indianapolis, IN 46207-1723

Franciscan Alliance, Inc.
PO Box 3475
Toledo, OH 43607-0475

Franciscan Alliance, Inc.
28044 Network Place
Chicago, IL 60673-1380

Harris & Harris, Ltd.
111 West Jackson Blvd., Suite 400
Chicago, IL 60604-4135

Johnson County REMC
PO Box 7131
Indianapolis, IN 46207-7131

Johnson County REMC
750 International Drive
P.O. Box 309
Franklin, IN 46131

2

| | | |
|---|---|---|
| MiraMed Revenue Group, LLC<br>360 E.22nd St.<br>Lombard, IL 60148-4924 | ReadyRefresh<br>PO Box 856680<br>Louisville, KY 40285 | Sandlin Law Group<br>41 1st Street SE<br>Carmel, IN 46032 |

                                              Respectfully submitted,

                                              ICE MILLER LLP

                                              <u>/s/ John C. Cannizzaro</u>
                                              ICE MILLER LLP
                                              Thomas E. Mixdorf
                                              Sarah L. Fowler
                                              John C. Cannizzaro
                                              250 West Street, Suite 700
                                              Columbus, OH 43215-7509
                                              P: (614) 462-1070 F: (614) 232-6923
                                              john.cannizzaro@icemiller.com

CO\5879547.1