SO ORDERED: June 20, 2018.



Robyn L. Moberly
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TERESA LYNN BUCK, | ) | Case No. 18-00959-RLM |
| MICHAEL LEE BUCK, | ) | |
| | ) | |
| Debtors. | ) | Chapter 13 |
| | ) | |

### ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF SARAH L. FOWLER

This matter came before the Court on the Motion for Leave to Withdraw Appearance of Sarah L. Fowler ("Motion") filed on behalf of debtors Teresa Lynn Buck and Michael Lee Buck (the "Debtors"), and having reviewed the Motion and being in all matters duly advised, the Court now GRANTS said Motion and ORDERS that the Appearance of Sarah L. Fowler as counsel of record for the Debtors is hereby withdrawn. Attorneys Thomas Mixdorf and John Cannizzaro of Ice Miller LLP will continue to represent the Debtors in this matter.

###

3