UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| TERESA LYNN BUCK | ) CASE NO. 18-00959-RLM-13 |
| MICHAEL LEE BUCK | ) |
| DEBTOR(S). | ) |

**AGREED ENTRY**

Comes now the standing Chapter 13 Trustee and Debtor in the above proceeding and agree and stipulate as follows:

1. Debtor is an employee of Eli Lilly & Company.

2. Debtor's name is: Teresa Lynn Buck.

3. Debtor's Social Security Number is: XXX-XX-4571.

4. Debtor normally receives an annual lump sum bonus from employer.

5. Debtor agrees that the trustee shall be entitled to receive fifty percent (50%) of the annual bonus after employer has first deducted necessary taxes.

6. If employer needs to make additional deductions from the annual bonus for the purpose of repaying any loans or advances owed by the debtor (other than pre-petition debt which must be treated under the debtor's plan), then such deductions shall come after the debtor's share of the bonus fund. In essence, the trustee is to receive fifty percent (50%), net of taxes only.

7. Subject bonus funds shall be paid by employer to the trustee annually during the following calendar years: 2019, 2020, 2021 and 2022.

8. After paying the bonus to the trustee for the above years, employer can then automatically terminate the trustee payment without necessity for further Order of the Court.

9. Trustee can pay creditors with the bonus money in a manner he deems appropriate and necessary and such bonus payments are being paid to the trustee in addition to the plan payments being offered under the debtor's plan.

WHEREFORE, the parties hereto agree to the above terms and ask that the Court approve same, directing a copy of this Agreed Entry to Eli Lilly & Company.

DATE: 6/19/18 _____
Chapter 13 Trustee (Or Staff Counsel)

DATE: 6/15/18 _____
Debtor's Counsel

DATE: 6/11/18 _____
Debtor

DATE: 6/11/18 _____
Debtor