**JOHN M. HAUBER**
**CHAPTER 13 TRUSTEE**
**P.O. BOX 441644**
**INDIANAPOLIS, IN 46244-1644**

**TRUSTEE'S ANNUAL REPORT OF RECEIPTS AND DISBURSEMENTS**
(For the period from January 01, 2018 to December 31, 2018)
Chapter 13 Case #: 18-00959-RLM-13

RE: Teresa Lynn Buck  
Michael Lee Buck  
2426 N 700 E  
Franklin, IN 46131

Attorney: ICE MILLER LLP  
One American Square  
Suite 2900  
Indianapolis, IN 46282

## RECEIPTS FOR PERIOD

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| Mar 01 | 30.00 | Mar 15 | 30.00 | Mar 30 | 30.00 | Apr 13 | 30.00 |
| Apr 25 | 1,389.50 | May 01 | 30.00 | May 14 | 30.00 | Jun 01 | 50.00 |
| Jun 18 | 50.00 | Jul 02 | 50.00 | Jul 16 | 50.00 | Aug 01 | 50.00 |
| Aug 15 | 50.00 | Sep 04 | 50.00 | Sep 17 | 50.00 | Oct 09 | 50.00 |
| Nov 05 | 150.00 | Nov 19 | 50.00 | Dec 12 | 50.00 | Dec 27 | 50.00 |

## CLAIMS AND DISTRIBUTIONS TO DATE

| Claim # | Claimant Name | Class | Int Rate | Allowed Claim | Percent to be paid | Principal Paid | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| TTE | Trustee Compensation | Admin | | | | 164.83 | | |
| DREF | Teresa Lynn Buck | Admin | | | | | | |
| NFEE | CHAPTER 13 EXPENSE ACCOUNT | Admin | | 9.70 | 100.00% | 9.70 | 0.00 | 0.00 |
| NFEE | CHAPTER 13 EXPENSE ACCOUNT | Admin | | 0.62 | 100.00% | 0.62 | 0.00 | 0.00 |
| NFEE | CHAPTER 13 EXPENSE ACCOUNT | Admin | | 0.62 | 100.00% | 0.62 | 0.00 | 0.00 |
| NFEE | CHAPTER 13 EXPENSE ACCOUNT | Admin | | 15.66 | 100.00% | 15.66 | 0.00 | 0.00 |
| NFEE | CHAPTER 13 EXPENSE ACCOUNT | Admin | | 0.62 | 100.00% | 0.62 | 0.00 | 0.00 |
| NFEE | CHAPTER 13 EXPENSE ACCOUNT | Admin | | 0.62 | 100.00% | 0.62 | 0.00 | 0.00 |
| NFEE | CHAPTER 13 EXPENSE ACCOUNT | Admin | | 0.62 | 100.00% | 0.62 | 0.00 | 0.00 |
| NFEE | CHAPTER 13 EXPENSE ACCOUNT | Admin | | 16.56 | 100.00% | 16.56 | 0.00 | 0.00 |
| NFEE | CHAPTER 13 EXPENSE ACCOUNT | Admin | | 1.24 | 100.00% | 1.24 | 0.00 | 0.00 |
| NFEE | CHAPTER 13 EXPENSE ACCOUNT | Admin | | 0.62 | 100.00% | 0.62 | 0.00 | 0.00 |
| 00001 | ELEMENTS FINANCIAL FEDERAL CRED | | | PAY DIRECT | | | | |
| 00002 | ELEMENTS FINANCIAL FEDERAL CRED | | | PAY DIRECT | | | | |
| 00003 | ELEMENTS FINANCIAL FEDERAL CRED | | | PAY DIRECT | | | | |
| 00004 | ELEMENTS FINANCIAL FEDERAL CRED | Unsecured | | 2,000.00 | 100.00% | 933.79 | 0.00 | 1,066.21 |
| 00005 | MIRAMED REVENUE GROUP LLC | Unsecured | | 2,325.38 | 100.00% | 1,085.70 | 0.00 | 1,239.68 |
| 00006 | ELEMENTS FINANCIAL FEDERAL CRED | | | NOT FILED | | | | |
| 00007 | SCHEDULED PRIORITY | | | NOT FILED | | | | |
| 00008 | SCHEDULED UNSECURED | | | NOT FILED | | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: 12/31/2018

Receipts: $2,369.50      Paid to Claims: $2,019.49      Administrative Costs Paid: $211.71

** **NOTE:** Please note that we may not yet have commenced payment to all levels of creditors under your plan. If you note any discrepancies between this report and your records, please report this, in writing, to the Trustee's office.

** **NOTE:** Your case information is available on the Internet at www.13network.com. To setup your UserID and access this system, please enter your case number (without a hyphen) and the last 4 digits of your Social Security Number.

** **NOTE:** You are now able to make your plan payments through our **online** program. Please visit our website at <u>www.Hauber13.com</u> for general questions and to register.

Respectfully Submitted,

/s/ John M. Hauber
_____

John M. Hauber, Trustee