# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| HHGREGG, INC. *et al.*,[1] | ) Case No.: 17-01302-RLM-11 |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| Electrolux Home Products, Inc. a Delaware Corporation, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adv. Pro. No.: 17-50098 |
| | ) |
| hhgregg, Inc., HHG Distributing LLC, Gregg Appliances, Inc., Wells Fargo, N.A., Hilco Merchant Resources, LLC, and Gordon Brothers Retail Partners, LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DISCLOSURE STATEMENT OF HILCO MERCHANT RESOURCES, LLC

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for the above-captioned appellees, Hilco Merchant Resources, LLC ("Hilco"), states as follows.

1. Hilco Trading, LLC is the direct or indirect parent company of Hilco.

2. As of March 30, 2017, no publicly held company owns 10 percent or more of Hilco's stock.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: hhgregg, Inc. (0538); Gregg Appliances, Inc. (9508); and HHG Distributing LLC (5875). The location of the Debtor's corporate headquarters is 4151 East 96th Street, Indianapolis, Indiana 46240.

Dated: March 30, 2017

Indianapolis, Indiana

/s/ *James P. Moloy*

James P. Moloy
Attorney No. 10301-49
**BOSE MCKINNEY & EVANS LLP**
111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
Telephone:    (317) 684-5287
Facsimile:    (312) 223-0287
Email:    jmoloy@boselaw.com

- and -

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Brad Weiland (admitted *pro hac vice*)
Timothy R. Bow (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    brad.weiland@kirkland.com
          timothy.bow@kirkland.com

*Counsel and Co-Counsel to Hilco Merchant Resource, LLC*

2

## CERTIFICATE OF SERVICE

  I hereby certify that on the 30th day of March, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Adam Arceneaux
adam.arceneaux@icemiller.com
carla.persons@icemiller.com

Mark D. Cahill
mcahill@choate.com

David H Conaway
dconaway@slk-law.com

Sarah Lynn Fowler
Sarah.Fowler@icemiller.com
Kathy.chulchian@icemiller.com

Andrew Joseph Gallo
andrew.gallo@morganlewis.com

David M Grogan
dgrogan@slk-law.com
Terry E. Hall
terry.hall@faegrebd.com
sharon.korn@faegrebd.com
sarah.herendeen@faegrebd.com

John E Haller
jhaller@slk-law.com

Neil E. Herman
neil.herman@morganlewis.com

Cathy Hershcopf
chershcopf@cooley.com
mschlan@cooley.com
jlerner@cooley.com

Jeffrey A Hokanson
jeff.hokanson@icemiller.com
leslie.redman@icemiller.com

Jay Jaffe
jay.jaffe@faegrebd.com
sarah.herendeen@faegrebd.com
rachel.jenkins@faegrebd.com

James P. Moloy
jmoloy@boselaw.com
dlingenfelter@boselaw.com
mwakefield@boselaw.com

Sean Monahan
smonahan@choate.com

Whitney L Mosby
wmosby@bgdlegal.com
floyd@bgdlegal.com
smays@bgdlegal.com

Thomas C Scherer
tscherer@bgdlegal.com
floyd@bgdlegal.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

John Ventola
jventola@choate.com

Gregory Wagoner
gwagoner@slk-law.com

3

4

      I further certify that on the 30th day of March, 2017, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Gordon Brothers Retail Partners, LLC
800 Boylston Street
27th Floor
Boston, MA 02199

                                                    /s/  *James P. Moloy*
                                                    James P. Moloy