**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In re:<br><br>hhgregg, Inc., *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 17-01302-RLM-11<br>(Jointly Administered) |
| Electrolux Home Products, Inc.,<br>Plaintiff,<br><br>v.<br><br>hhgregg, Inc., *et al.*,<br><br>Defendants. | Adversary Proceeding No. 17-50098 |

**MOTION PURSUANT TO LOCAL RULE B-7006-1**

Plaintiff Electrolux Home Products, Inc., ("Electrolux"), pursuant to Rule B-7006-1 of the Local Rules for the United States Bankruptcy Court, Southern District of Indiana (the "Local Rules"), hereby requests the following initial extensions of time of the following deadlines: (i) an extension of Electrolux's deadline to respond to Defendants hhgregg, Inc., HHG Distributing LLC and Gregg Appliances, Inc.'s Motion for Partial Summary Judgment (the "SJ Response Deadline") from September 7, 2017 to September 15, 2017 and (ii) an extension of Electrolux's deadline to file its cross motion for summary judgment (the "SJ Cross Motion Deadline") from September 15, 2017 to September 22, 2017.

**Jurisdiction and Venue**

1.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Standing Order of Reference* from the United States District Court for the Southern District of Indiana, dated July 11, 1984.

2.      This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and the Court may enter a final order consistent with Article III of the United States Constitution. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The statutory and legal predicate for the relief sought herein is Local Rule B-7006-1.

**Discussion**

**A. Relief Requested.**

4.      Electrolux hereby requests (i) an extension of the SJ Response Deadline from September 7, 2017 to September 15, 2017 and (ii) an extension of the SJ Cross Motion Deadline from September 15, 2017 to September 22, 2017.  While Electrolux does not believe a motion is necessary for extension of the SJ Response Deadline under Local Rule B-7006-1(a), it requests an extension by motion out of an abundance of caution.

**B. Basis for Relief.**

5.  Local Rule B-7006 states, in relevant part:

(a)  Initial Extensions

In every adversary proceeding pending in this Court in which a party wishes to obtain an initial extension of time not exceeding twenty-eight (28) days within which to file a responsive pleading … or response to a motion, the party shall contact counsel for the opposing party … and solicit that person's agreement to the extension. In the event that person does not object to the extension or cannot with due diligence be reached, the party requesting the extension shall file a notice with the Court reciting the lack of objection to the extension or the fact that the person could not with due diligence be reached. The notice shall state the original due date and the date to which the time is extended…

(b)  Other Extensions

Any other request for an extension of time, unless made in open Court or at a telephonic pre-trial conference, shall be made by written motion.

6.  Counsel for Electrolux contacted counsel for the Defendants on September 6, 2017.  Counsel for each of the Defendants consents to the requested extensions.

## CONCLUSION

For the reasons set forth herein, Electrolux requests entry of an order granting Electrolux (i) an extension of the SJ Response Deadline from September 7, 2017 to September 15, 2017 and (ii) an extension of the SJ Cross Motion Deadline from September 15, 2017 to September 22, 2017.

Dated: September 7, 2017

*/s/ John E. Haller*

John E. Haller                              (79549)
SHUMAKER, LOOP & KENDRICK, LLP
41 South High Street, Suite 2400
Columbus, OH 43215
Tel:  614.463.9441
Fax: 614.463.1108
jhaller@slk-law.com

*/s/ David H. Conaway*

David H. Conaway              (N.C. Bar No.
                                                         10648)
SHUMAKER, LOOP & KENDRICK, LLP
101 South Tryon Street, Suite 2200
Charlotte, NC 28280
Tel:  704.375.0057
Fax: 704.332.1197
dconaway@slk-law.com

*/s/ James A. Knauer*

James A. Knauer, Atty #5436-49
KROGER, GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, IN   46204-5125
(317) 692-9000
(317) 264-6832 Fax
jknauer@kgrlaw.com

*Counsel for Electrolux Home Products, Inc.*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2017, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties registered to receive electronic notices through the Court's CM/ECF system. Parties may access this filing through the Court's PACER system.

*/s/ James A. Knauer*
James A. Knauer

4