SO ORDERED: September 11, 2017.



_____
Jeffrey J. Graham
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>hhgregg, Inc., *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 17-01302-JJG-11<br>(Jointly Administered) |
| Electrolux Home Products, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>hhgregg, Inc., *et al.*,<br><br>Defendants. | Adversary Proceeding No. 17-50098 |

## ORDER GRANTING MOTION PURSUANT TO LOCAL RULE B-7006-1

This matter is before the Court on motion (the "Motion"), filed by Electrolux Home Products, Inc. ("Electrolux"), wherein Electrolux requests this Court enter an order granting initial extensions of time of the following deadlines: (i) an extension of Electrolux's deadline to respond to Defendants hhgregg, Inc., HHG Distributing LLC and Gregg Appliances, Inc.'s Motion for Partial Summary Judgment (the "SJ Response

Deadline") from September 7, 2017 to September 15, 2017 and (ii) an extension of Electrolux's deadline to file its cross motion for summary judgment (the "SJ Cross Motion Deadline") from September 15, 2017 to September 22, 2017.  The Court, having considered the Motion, hereby GRANTS the Motion in its entirety.  Accordingly,

IT IS THEREFORE ORDERED THAT:

1. The Motion is granted.

2. The SJ Response Deadline is extended from September 7, 2017 to September 15, 2017.

3. The SJ Cross Motion Deadline is extended from September 15, 2017 to September 22, 2017.

4. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to the implementation of this Order.

###